UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PHILLIP H. OWENS,

                                **AMENDED SCHEDULING ORDER**

              Plaintiff,

                                21-CV-6445 FPG CDH

   v.

THE COUNTY OF MONROE

              Defendant.
_____

Pursuant to a telephone status conference having been held with the parties on March 7, 2025, and the parties having requested an extension of the deadlines set forth in this Court's October 30, 2024 Letter Order (Dkt. 35), and good cause having been shown, it is ORDERED that:

1. This case has been referred automatically to the Court's Alternative Dispute Resolution ("ADR") program. The ADR Plan and related forms and information are available at www.nywd.uscourts.gov and the Court Clerk's Office.

    (a)     The initial mediation session shall be held no later than **December 9, 2026.**

    (b)     The referral to mediation shall terminate on **March 3, 2026.** In the event that settlement is not reached, the case will progress toward trial, as scheduled below.

    (c)     Unless otherwise ordered by the Court, the referral of this case to mediation will not delay or defer other dates

contained in this Scheduling Order and has no effect on the progress of the case toward trial.

2. All motions to join other parties and to amend the pleadings shall be filed on or before **July 29, 2025**. Any third-party action shall be commenced on or before **July 29, 2025**.

3. All factual discovery in this case, including depositions, shall be completed on or before **November 7, 2025**. All motions to compel discovery shall be filed by **October 7, 2025**.

6. Plaintiff shall identify any expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(A) and provide reports pursuant to Rule 26(a)(2)(B) and/or disclosures pursuant to Rule 26(a)(2)(C) by **May 29, 2026**. Defendant shall identify any expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **June 29, 2026**. Parties shall complete all discovery relating to experts, including depositions, by **August 10, 2026**.

7. Dispositive motions, if any, shall be filed no later than **October 7, 2026**. Unless a consent to proceed before this Court has been filed, such motions shall be made returnable before Judge Geraci.

8. A <u>trial date status conference</u> pursuant to Fed. R. Civ. P. Rule 16(e) and Local Rule 16 will be held, if necessary, at a date and time to be determined by the trial judge after determination of dispositive motions. If no dispositive motions are filed, counsel shall **<u>immediately</u>** contact the trial judge so that a trial date status conference can be scheduled.

No extension of the above cutoff dates will be granted except upon written application, made <u>prior to the cutoff date</u>, showing good cause for the extension. Application for extensions should be made to the Magistrate Judge. Joint or unopposed requests to extend the deadlines set forth in this order need not be made by formal motion, but rather may be sought in a letter to the court. Letter requests must detail good cause for the extension and propose new deadlines.

**SO ORDERED.**

_____
COLLEEN D. HOLLAND
United States Magistrate Judge

Dated: Rochester, New York
       March 7, 2025